UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
THE NORTHERN DIVISION

RECEIVED

Felicia Mulder          )
                        )
    Plaintiff,          )
                        )
    vs.                 )   ~~Civil Action Case No: CV-06-641~~
                        )   2:06 cv 862 - MHT
Melissa Rittenour, et al.,  )
                        )
    Defendants          )

## NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Middle

District of Alabama, Northern Division:

Petitioner, Lisa Wilson, by and through Troy King Attorney General for the State

of Alabama, via undersigned counsel, and respectfully shows this Court:

1. Petitioner is the defendant in the above-entitled action.

2. On August 17, 2006, the plaintiff named petitioner in the above-entitled

   action commenced against petitioner in the Circuit Court of Montgomery

   County, Alabama, and is now pending in said court.

3. On September 17, 2006, petitioner was served with a summons and a

   complaint in the above-entitled action, by personal service, in the County

   of Montgomery, State of Alabama.

4. All previously named Defendants in this action were dismissed on August

   31, 2006.

5. The above-entitled action is a civil suit for money damages and arises

   under the Fifth and Fourteenth Amendments to the Constitution of the

United States, and 42 USCA § 1983, in that plaintiff alleges that defendant

Lisa Wilson failed to discharge her duty to cause the recall of the warrant

issued for the plaintiff on November 21, 1985 that was allegedly satisfied

on March 9, 2004, and as such caused plaintiff to be arrested and deprived

of her due process rights set forth by the Fifth and Fourteenth amendments

to the Constitution of the United States, as appears more fully in the

Complaint and Amended Complaint. (See the Montgomery County

Circuit Court case file of *Felicia Mulder v Melissa Rittenour,* case

number: CV-2006-6421, attached hereto.)

6.     This Court, therefore, has original jurisdiction of the above-entitled action

pursuant to 28 USCA § 1331, and removal of the action to this Court is

proper pursuant to 28 USCA § 1441(b).

7.     Copies of the Summons, Amended Complaint, and Complaint served on

petitioner in the above-entitled action are attached hereto in the attached

Montgomery County Circuit Court case file of *Felicia Mulder v Melissa

Rittenour,* case number: CV-2006-6421.

8.     This petition is filed with this Court within thirty (30) days after service on

petitioner the summons and complaint in the above-entitled action.


Wherefore, petitioner requests that the above-entitled action be removed from the

Circuit Court of Montgomery County, Alabama to this Court.

J. MATT BLEDSOE  (BLE006)
Assistant Attorney General
Attorney for Defendant Melissa Rittenour


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443
(334) 242-2433


## CERTIFICATE OF SERVICE


I hereby certify that I have, on this the 26th day of September, 2006, served a copy of the foregoing on the following counsel, by placing same in the United States mail, postage prepaid, and properly addressed as follows:

Robert Drummond, Jr., Esq.
323 De La Marc Avenue
Fairhope, AL  36532


OF COUNSEL

# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

FELICIA MULDER          *

     Plaintiff,          *

vs.          *          CASE NO: CV-06- 041
                             JURY DEMAND

MELISSA RITTENOUR,          *
individually, fictitious
Defendants X,Y and Z whose true          *
identities are otherwise unknown
but will be added by amendment          *
when ascertained.
                           *

     Defendants

## COMPLAINT

### INTRODUCTION

This action is brought seeking damages as a result of defendants' conduct resulting in the unlawful and false imprisonment and violation of the civil rights of the plaintiff.

### STATEMENT OF THE PARTIES

1. Plaintiff, Felicia Mulder, is an individual over the age of nineteen and a resident of Elmore County, Alabama.

2. Melissa Rittenour is an individual over the age of nineteen and is the Circuit Clerk of Montgomery County, Alabama. Ms. Rittenour is sued solely in her individual capacity.

3. Defendants X, Y and Z whose true identities are otherwise unknown to plaintiff

but will be added by amendment when ascertained are those individuals employed by the Office of the Circuit Clerk of Montgomery County.

## STATEMENT OF FACTS

4. On or about November 21, 1985 an alias warrant was issued regarding plaintiff from the District Court of Montgomery County. The warrant according to the case action summary, Case No: DC-85-4026 marks the warrant as "WITHDRAWN/FILED" on October 29, 1986.

5. On March 9, 2004 the plaintiff appeared in the clerk's office of Montgomery County and satisfied any outstanding issues regarding case no: DC-95-4026 and the case action summary notates "Pd in Full".

6. On or about August 17, 2005 the plaintiff was arrested by officers of the Wetumpka Police Department pursuant to the aforementioned alias warrant. Plaintiff was handcuffed, detained, imprisoned and transferred in the back of a police vehicle to the Montgomery County line where she was placed in the custody of deputies with the Montgomery County Sheriff's Department. Plaintiff remained handcuffed while transported to the Montgomery County jail where she remained imprisoned pending the posting of bond.

7. At all times referenced herein defendants X, Y and Z were employees of defendant Rittenour.

8. Defendants X, Y, and Z failed to discharge their duty to cause the recall of the warrant pursuant to satisfaction on March 9, 2004 and continuing at least until on or about September, 2005 or to enter the same in such system as notifies law enforcement officials of the same.. Likewise, defendant Rittenour directly or under the theory of

respondeat superior failed to discharge her duty to cause the recall of the warrant pursuant to satisfaction on March 9, 2004 and continuing until on or about September, 2005 or to enter the same in such system as notifies law enforcement officials of the same.

9. That at all times referenced herein the defendants were acting under the color of state law.

## CAUSATION

10. That as a direct and proximate consequence of defendants' conduct the plaintiff was caused to suffer injuries and damages as set forth herein.

## DAMAGES

11. That the plaintiff was caused to suffer physical injury and distress, pain and suffering, humiliation, mental anguish, imprisonment and pecuniary loss.

## CAUSES OF ACTION

### COUNT I

#### (Negligence)

12. Plaintiff realleges each and every paragraph set forth herein.

13. As a proximate consequence of defendants' negligence plaintiff was caused to suffer damages as set forth herein.

Wherefore plaintiff requests the relief set forth herein.

### COUNT II

#### (Wantonness)

14. Plaintiff realleges each and every paragraph set forth herein.

15. As a proximate consequence of defendants' wanton conduct the plaintiff was caused to suffer damages as set forth herein.

Wherefore plaintiff requests the relief set forth herein.

## COUNT III

### (False Imprisonment)

16. Plaintiff realleges each and every paragraph set forth herein.

17. As set forth herein the defendants caused the plaintiff to be arrested and imprisoned unlawfully.

Wherefore plaintiff requests the relief set forth herein.

## COUNT IV

### (§ 1983)

18. Plaintiff realleges each and every paragraph set forth herein.

19. That the conduct of defendants' violated the due process rights of the plaintiff as set forth by the Fifth and Fourteenth Amendments to the Constitution of the United States.

Wherefore plaintiff requests the relief set forth herein.

## RELIEF

WHEREFORE plaintiff requests the following relief:

1. Compensatory damages;

2. Punitive damages;

3. Attorney's fees;

4. Such other, further and different relief to which plaintiff may be entitled.

Robert D. Drummond, Jr. (DRU004)
Attorney for the Plaintiff

OF COUNSEL:

323 De La Mare Ave.
Fairhope, Alabama 36532
251-990-6249

## JURY DEMAND

Plaintiff demands trial by jury on all issues.

ELECTRONICALLY FILED
8/7/2006 10:39 AM
CIRCUIT COURT OF
MONTGOMERY, ALABAMA
MELISSA RITTENOUR, CLERK

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

FELICIA MULDER                           *

       Plaintiff,                         *

vs.                                      *        CASE NO: CV-06-0641-PR
                                                  JURY DEMAND
MELISSA RITTENOUR,                       *
individually, fictitious
Defendants X,Y and Z whose true          *
identities are otherwise unknown
but will be added  by amendment          *
when ascertained.
                                         *
      Defendants

### AMENDED COMPLANT

### INTRODUCTION

    This action is brought seeking damages as a result of defendants' conduct resulting in the unlawful and  false imprisonment and violation of the civil rights of the plaintiff.

### STATEMENT OF THE PARTIES

    1. Plaintiff, Felicia Mulder, is an individual over the age of nineteen and a resident of Elmore County, Alabama.

    2. Melissa Rittenour is an individual over the age of nineteen and is the Circuit Clerk of Montgomery County, Alabama. Ms. Rittenour is sued solely in her individual capacity.

    3. Lisa Wilson, previously identified as defendant "X" in the complaint is an

individual over the age of nineteen and a resident of Montgomery County, Alabama.

(a) Defendants Y and Z whose true identities are otherwise unknown to plaintiff but will be added by amendment when ascertained are those individuals employed by the Office of the Circuit Clerk of Montgomery County.

## STATEMENT OF FACTS

4. On or about November 21, 1985 an alias warrant was issued regarding plaintiff from the District Court of Montgomery County. The warrant according to the case action summary, Case No: DC-85-4026 marks the warrant as "WITHDRAWN/FILED" on October 29, 1986.

5. On March 9, 2004 the plaintiff appeared in the clerk's office of Montgomery County and satisfied any outstanding issues regarding case no: DC-95-4026 and the case action summary notates "Pd in Full".

6. On or about August 17, 2005 the plaintiff was arrested by officers of the Wetumpka Police Department pursuant to the aforementioned alias warrant. Plaintiff was handcuffed, detained, imprisoned and transferred in the back of a police vehicle to the Montgomery County line where she was placed in the custody of deputies with the Montgomery County Sheriff's Department. Plaintiff remained handcuffed while transported to the Montgomery County jail where she remained imprisoned pending the posting of bond.

7. At all times referenced herein defendants Lisa Wilson, Y and Z were employees of defendant Rittenour.

8. Defendants Lisa Wilson, Y, and Z failed to discharge their duty to cause the recall of the warrant pursuant to satisfaction on March 9, 2004 and continuing at least

until on or about September, 2005 or to enter the same in such system as notifies law enforcement officials of the same.. Likewise, defendant Rittenour directly or under the theory of respondeat superior failed to discharge her duty to cause the recall of the warrant pursuant to satisfaction on March 9, 2004 and continuing until on or about September, 2005 or to enter the same in such system as notifies law enforcement officials of the same.

9. That at all times referenced herein the defendants were acting under the color of state law.

## CAUSATION

10. That as a direct and proximate consequence of defendants' conduct the plaintiff was caused to suffer injuries and damages as set forth herein.

## DAMAGES

11. That the plaintiff was caused to suffer physical injury and distress, pain and suffering, humiliation, mental anguish, imprisonment and pecuniary loss.

## CAUSES OF ACTION

## COUNT I

(Negligence)

12. Plaintiff realleges each and every paragraph set forth herein.

13. As a proximate consequence of defendants' negligence plaintiff was caused to suffer damages as set forth herein.

Wherefore plaintiff requests the relief set forth herein.

## COUNT II

(Wantonness)

14. Plaintiff realleges each and every paragraph set forth herein.

15. As a proximate consequence of defendants' wanton conduct the plaintiff was caused to suffer damages as set forth herein.

Wherefore plaintiff requests the relief set forth herein.

## COUNT III

### (False Imprisonment)

16. Plaintiff realleges each and every paragraph set forth herein.

17. As set forth herein the defendants caused the plaintiff to be arrested and imprisoned unlawfully.

Wherefore plaintiff requests the relief set forth herein.

## COUNT IV

### (§ 1983)

18. Plaintiff realleges each and every paragraph set forth herein.

19. That the conduct of defendants' violated the due process rights of the plaintiff as set forth by the Fifth and Fourteenth Amendments to the Constitution of the United States.

Wherefore plaintiff requests the relief set forth herein.

## RELIEF

WHEREFORE plaintiff requests the following relief:

1. Compensatory damages;

2. Punitive damages;

3. Attorney's fees;

4. Such other, further and different relief to which plaintiff may be entitled.

_____
Robert D. Drummond, Jr. (DRU004)
Attorney for the Plaintiff

OF COUNSEL:

323 De La Mare Ave.
Fairhope, Alabama 36532
251-990-6249

JURY DEMAND

Plaintiff demands trial by jury on all issues.

CV-2006-641

| State of Alabama<br>Unified Judicial System<br><br>Form ARCivP-93   Rev. 5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V<br>Date of Filing:          Judge Code:<br>Month   Day   Year |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _Montgomery_ , **ALABAMA**
*(Name of County)*

_Felicia Mulder_ v. _Melissa Rittenour_
Plaintiff                          Defendant

**First Plaintiff**  ☐ Business  ☒ Individual      **First Defendant**  ☐ Business  ☒ Individual
☐ Government  ☐ Other                              ☐ Government  ☐ Other

**NATURE OF SUIT:**  Select primary cause of action, by checking box *(check only one)* that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☒ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PROPERTY INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction<br>Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** *(check one)*:  F ☒ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER: _____
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   ☒ YES  ☐ NO    Note:  Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☒ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**  D R U 0 0 4    Date _3/8/06_    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☒ YES  ☐ NO  ☐ UNDECIDED

| State of Alabama Unified Judicial System | **SUMMONS** | Case Number |
|---|---|---|
| Form C-34      Rev 6/88 | **- CIVIL -** | CV-2006-641 |

IN THE ___Circuit___                    COURT OF ___Montgomery___ COUNTY

Plaintiff _Felicia Mulder_              v. Defendant _Melissa Rittenour_

NOTICE TO ___Melissa Rittenour___

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT.  A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY ___Robert D Drummond, Jr___ WHOSE ADDRESS IS ___323 De La More, Fairhope, AL 36532___

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☒ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _3/14/06_              _Melissa Rittenour_    By: _____
                            Clerk/Register

☐ Certified Mail is hereby requested.      _____
                            Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____
                            (Date)

Date _____

Address of Server _____

Server's Signature _____

Type of Process Server _____

| State of Alabama Unified Judicial System | **SUMMONS** | Case Number |
|---|---|---|
| Form C-34    Rev 6/88 | - CIVIL - | *CV-2006-641* |

IN THE _Circuit_ _____ COURT OF _Montgomery_ _____ COUNTY

Plaintiff _Felicia Mulder_      v. Defendant _Melissa Rittenour_

NOTICE TO _Melissa Rittenour_ _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Robert D Drummond, Jr_ _____ WHOSE ADDRESS IS _323 De La Mare, Fairhope, AL 36532_ _____

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☒ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _3-14-06_ _____

_Melissa Rittenour_
Clerk/Register

☐ Certified Mail is hereby requested.

_____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date)

☑ I certify that I personally delivered a copy of the Summons and Complaint to _Mallist Rittenour_ in _Montgomery_ County, Alabama on _03/15/06_ (Date)

_03/15/06_
Date

_____
Address of Server

_____
Server's Signature

_Sheriff Deputy_
Type of Process Server

AVS0702

ALABAMA JUDICIAL DATA CENTER
MONTGOMERY    COUNTY
SERVICE NOTICE

CV 2006 000641.00
TRUMAN M HOBBS JR

--------------------------------------------------------------

IN THE CIRCUIT  COURT OF MONTGOMERY    COUNTY

FELICIA MULDER VS MELISSA RITTENOUR                        D001

DRUMMOND ROBERT DEAN JR                    CASE NUMBER: CV 2006 000641 00
323 DELAMERE AVENUE                        PARTY NUMBER:C001

FAIRHOPE  AL  36532

YOUR ATTORNEY CODE IS DRU004

THE SUMMONS AND COMPLAINT              WAS SERVED ON RITTENOUR MELISSA
ON 03/15/2006 BY: PERSONAL SERVICE.

CONCERNING: RITTENOUR MELISSA
            (NO ADDRESS PROVIDED)
                          ,AL  00000-0000

DATE:03/27/2006  CLERK:MELISSA RITTENOUR
                        P O BOX 1667
                        MONTGOMERY  AL  36102-1667
                        (334)832-1266

--------------------------------------------------------------

OPERATOR: JAM
PREPARED: 03/27/2006

*TMH*

# IN THE CIRCUIT COURT OF
# MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| Felicia Mulder, | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | CV-2006-641 |
| | ) | |
| Mellissa Rittenour, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The undersigned does hereby recuse himself from presiding over further proceedings in the above case and submits it to the Clerk for reassignment.

DONE this the **30**th day of March, 2006.

Truman M. Hobbs, Jr.
Circuit Judge

2006 MAR 30  PM 3:29

FILED CIRCUIT COURT OF MONTGOMERY COUNTY

**FIFTEENTH JUDICIAL CIRCUIT**
**CIRCUIT COURT**
**CASE NO. CV-06-0641**

Felicia Mulder
    Plaintiff,


v                                                    **ORDER**


Melissa Rittenour
    Defendant.
_____ \


    The undersigned Judge does hereby recuse and disqualify herself from presiding over any

and all matters now or hereafter to be adjudged in the above-styled case and submits it to the

Clerk for reassignment.

    DONE and ORDERED this 4th day of April, 2006.


**TRACY S. McCOOEY**
**CIRCUIT JUDGE**


    cc:    Melissa Rittenour

| **STATE OF ALABAMA**<br>Unified Judicial System | **Revised 2/14/05** | **Case No.** |
|---|---|---|
| 03-MONTGOMERY | ☐ District Court  ☑ Circuit Court | CV200600064100 |

| FELICIA MULDER VS MELISSA RITTENOUR | **CIVIL MOTION COVER SHEET**<br>*Name of Filing Party:*  D001 - RITTENOUR MELISSA |
|---|---|

| *Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*<br>Jason Bledsoe<br>11 South Union Street<br>Montgomery, AL 36130<br><br>*Attorney Bar No.:*  BLE006 | ☐ Oral Arguements Requested |
|---|---|

## TYPE OF MOTION

| **Motions Requiring Fee** | **Motions Not Requiring Fee** |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| | ☐ Continue |
| ☐ Motion to Dismiss, or in the ALternative Summary Judgment($50.00) | ☐ Deposition |
| | ☐ Designate a Mediator |
| ☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Judgment as a Matter of Law (during Trial) |
| | ☐ Disburse Funds |
| | ☐ Extension of Time |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ In Limine |
| | ☐ Joinder |
| ☐ Other _____ | ☐ More Definite Statement |
| pursuant to Rule _____ ($50.00) | ☑ Motion to Dismiss pursuant to Rule 12(b) |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| ☐ Local Court Costs $ _____ | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship  ☐ | Date:<br><br>4/13/2006 2:22:17 PM | Signature of Attorney or Party:<br><br>/s Jason Bledsoe |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a seperate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| FELICIA MULDER | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CASE NO.: CV-06-641 |
| | * | |
| MELISSA RITTENOUR, et al. | * | |
| | * | |
| Defendants. | * | |

## <u>MOTION TO DISMISS</u>

COMES NOW Defendant, Melissa Rittenour, by and through Attorney General Troy King via undersigned counsel, and moves this Honorable Court to dismiss Defendant Melissa Rittenour for reasons set forth below:

1.  Melissa Rittenour ("Ms. Rittenour") is currently serving Montgomery County as the Circuit Clerk of Montgomery County.

2.  Ms. Rittenour's duties as the Circuit Clerk of Montgomery County are outlined in Rule 4 of Alabama Rules of Judicial Administration. (<u>See</u> Al. R. J. Admin. Rule 4, Attached as Exhibit A.)

3.  Ms. Rittenour, as the Circuit Clerk of Montgomery County, is charged with the administration of her office. (<u>See</u> Al. R. J. Admin. Rule 4(l)(G).)

4.  Ms. Rittenour, as the Circuit Clerk of Montgomery County, is not an employer. (<u>See</u> Al. R. J. Admin. Rule 4.)

5.  Plaintiff's Complaint names Ms. Rittenour, individually, as the only known defendant in this matter.

6.     Plaintiff's Complaint fails to allege any facts that would impose liability upon Ms. Rittenour in her individual capacity.

7.     Plaintiff's 42 U.S.C. § 1983 claim against Ms. Rittenour in her individual or official capacity is completely without merit as Plaintiff alleges in paragraph 8 of her Complaint, because liability under § 1983 may not be imposed on the basis of vicarious liability or under the doctrine of respondeat superior. <u>Pierce v. Smith</u> 347 F.Supp.2d 1143, 1150 (11th Cir. 2004).

WHEREFORE, Defendant respectfully requests that this Honorable Court grant this Motion to Dismiss Ms. Rittenour.

Respectfully submitted on this 13th day of April, 2006.

                                        /s/ J. MATT BLEDSOE
                                        J. MATT BLEDSOE  (BLE006)
                                        Assistant Attorney General
                                        Counsel for Defendant

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 13th day of April, 2006, served a copy of the foregoing upon counsel for the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

> Robert D. Drummond, Jr., Esq.
> 323 De La Marc Avenue
> Fairhope, AL  36532

_____/s/  J. MATT BLEDSOE_____
OF COUNSEL

ELECTRONICALLY FILED
4/13/2006 2:23 PM
CIRCUIT COURT OF
MONTGOMERY, ALABAMA
MELISSA RITTENOUR, CLERK

# Westlaw.

AL R J ADMIN Rule 4                                                    Page 1

**Judicial Administration Rule 4**

C

**WEST'S ALABAMA RULES** OF COURT
**ALABAMA RULES OF JUDICIAL ADMINISTRATION**

Copr. © 2005 Thomson/West. No claim to orig. U.S. govt. works.

Current with amendments received through May 1, 2005

**RULE 4.** DUTIES OF CLERK AND REGISTER

I. The following duties shall repose in the office of clerk and register of the circuit court and clerk of the district court.

(A) The clerk or register, or his or her representative, shall attend sessions of court in his or her circuit or district when required by the court to do so.

(B) The clerk or register shall keep such indexes as will ensure ready reference to any action or proceeding filed in the court, in accordance with such procedures as may be established by the administrative director of courts ("ADC").

(C) The clerk or register shall issue all process and notices required by law or directed by the court to be issued.

(D) The clerk or register shall be the custodian of court records and shall keep such records of the court as are required by law, by Supreme Court rule, or by the ADC. The clerk shall prepare and issue all reports and other documents, including monthly reports, that are required by law, rule, court order, or directive of the ADC.

(E) The clerk or register shall safely, orderly, and efficiently keep or dispose of, according to law, Supreme Court rule, or directive of the ADC, all papers and records filed or deposited in any action or proceeding before the court.

(F) The clerk or register, acting under the supervision of the court, shall be responsible for the management of jurors during their service, except as may be otherwise provided.

(G) The clerk or register shall receive annual funding, as allotted by the ADC, for supplies and forms, and shall administer his or her office in such a manner as to operate within the approved budget.

(H) The clerk or register shall remit, as provided by law or rule, all fines, forfeitures, and costs of court, including prepaid docket fees, to the officials designated to receive such moneys at the municipal, county, and state levels. The clerk or register shall periodically remit such moneys, no less often than once a month and not later than the fifteenth day of each month. The clerk or register

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



EXHIBIT
**A**

### Judicial Administration Rule 4

shall forward to the ADC a copy of the remittance form and such other reports as may be required.

(I) The clerk or register, after obtaining the advice of the presiding circuit judge, shall designate approved state depositories to serve as depositories for all funds collected by, deposited with, or maintained by the clerk or register in his or her official capacity. The clerk or register shall ensure that all designated depositories are insured either by the Federal Deposit Insurance Corporation or by the Federal Savings and Loan Insurance Corporation. Except as otherwise provided in this **rule**, all funds maintained by the clerk or register in his or her official capacity other than moneys collected in cases that are governed by Title IV-D of the Social Security Act, shall be placed in interest-bearing accounts in the designated state depositories. The interest received on such funds, less any service, maintenance, or ancillary charges that may be made by the depository on such accounts, shall be paid into the State General Fund periodically, as provided in subsection (H) of this part I; provided, however, that the interest earned on those fiduciary sums that are specifically ordered by the trial court to be deposited at interest, less any administrative charges that may be made by the depository, shall be disbursed as otherwise provided by law or rule.

When depositing funds in interest-bearing accounts, the clerk or register shall seek to obtain the maximum return available, taking into consideration administrative charges made by the depository and the services provided to the clerk or register on such accounts. The clerk or register shall also evaluate whether any service, maintenance, or ancillary charges made by a depository on any account utilized in the clerk or register's official capacity exceeds the potential earnings. If the clerk or register determines that the administrative costs that will be imposed by the depository on any account or on any funds to be deposited at interest exceed the potential earnings thereon, then the clerk or register, in his or her discretion, may maintain such funds in a non-interest bearing account in the depository; provided, however, that this discretion shall not apply to funds that are deposited pursuant to an order of the trial court.

The Chief Justice shall have authority to review administrative decisions not to place funds in interest-bearing accounts and may assist the clerk or register in developing an investment plan consistent with this rule that should provide interest income to the State General Fund.

(J) The clerk or register shall prepare appeal transcripts in accordance with the Alabama Rules of Appellate Procedure.

(K) The clerk or register shall perform such other duties as may be imposed by law, rule, court order, or directive of the ADC.

II. The following duties shall repose in the office of clerk of the municipal court.

(A) The clerk shall be the chief administrative officer of the municipal court administrative agency and shall answer to the municipal judge, or, if the court has more than one judge, then to the presiding judge.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

### Judicial Administration Rule 4

(B) The clerk, or the clerk's representative, shall attend sessions of the
municipal court when required by the court to do so.

(C) The clerk shall keep such indexes as will ensure ready reference to any
action or proceeding filed in the court, in accordance with such procedures as may
be established by the administrative director of courts ("ADC").

(D) The clerk shall issue all process and notices required by law or directed by
the court to be issued.

(E) The clerk shall be the custodian of court records and shall keep such
records of the court as are required by ordinance or other law, the municipal
governing body, the judge, Supreme Court rule, or the ADC.  The clerk shall
prepare and issue all reports and other documents, including monthly reports, that
are required by law, rule, court order, or directive of the ADC.

(F) The clerk shall safely, orderly, and efficiently keep or dispose of,
according to law, Supreme Court rule, or directive of the ADC, all papers and
records filed or deposited in any action or proceeding before the court.

(G) The clerk shall receive annual funding, as allotted by the municipal
governing body, and shall administer the clerk's office in such a manner as to
operate within the approved budget.

(H) The clerk shall receive, issue receipts for, and account for, all funds
coming into court, including fines, fees, costs, and restitution, and shall
safeguard such funds and make disbursements as required by law.

(I) The clerk shall remit, as provided by law or rule, all fines, forfeitures,
and costs of court to the officials designated to receive such moneys at the
municipal, county, and state levels.  The clerk shall periodically remit such
moneys, no less often than once a month and not later than the fifteenth day of
each month.  The clerk shall forward to the ADC a copy of the remittance form and
such other reports as may be required.

(J) The clerk shall prepare documents for filing in the circuit court in cases
appealed to the circuit court, in accordance with statutes and the rules of the
Supreme Court of Alabama, and shall maintain a log of all appealed cases.

(K) The clerk shall ensure that the office of the municipal court clerk shall be
open for the transaction of business when the court is in session, and, aside from
those times when the court is in session, the clerk shall ensure that the office
is open during business hours, as established by the municipal governing body;
provided, however, that the governing body shall determine specific days and times
that the office may be closed for holidays and other special occasions, but such
closings shall be consistent with the closings of other municipal departments and
programs.

(L) The clerk shall maintain a file of all ordinances and other laws that affect
the operation of the municipal court or that may be brought before the court.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

AL R J ADMIN Rule 4                                                      Page 4

**Judicial Administration Rule 4**

(M) The clerk shall perform other administrative tasks that the judge is not required to perform personally, as may be required by law, **rule**, court order, or directive of the ADC.

(N) The clerk shall perform such other duties as may be imposed by law, **rule**, court order, or directive of the ADC, including specifically those duties of clerks and magistrates stated elsewhere in these **Rules** of **Judicial Administration**.

[Amended effective May 1, 1990;  April 1, 1995.]

Comment

The designation of approved state depositories is set forth in Ala.Code 1975, Section 41-14-1 et seq.

The enumerated duties are supplemental to statutory duties of clerks and registers.

**Judicial Administration Rule 4**

AL R J ADMIN **Rule 4**

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



**AlaFile E-Notice**

03-CV-2006-000641.00

Judge: CHARLES PRICE

To:  RITTENOUR MELISSA        (PRO SE)
     (NO ADDRESS PROVIDED)
     , AL 0

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT CIVIL COURT OF MONTGOMERY COUNTY, ALABAMA

FELICIA MULDER VS MELISSA RITTENOUR
03-CV-2006-000641.00

The following matter was FILED on 4/13/2006 2:23:28 PM

D001 RITTENOUR MELISSA

MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Attorney: BLE006]

Notice Date:     4/13/2006 2:23:28 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov



**AlaFile E-Notice**

03-CV-2006-000641.00

Judge: CHARLES PRICE

To:  DRUMMOND ROBERT DEAN JR
323 DELAMERE AVENUE
FAIRHOPE, AL 36532

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT CIVIL COURT OF MONTGOMERY COUNTY, ALABAMA

FELICIA MULDER VS MELISSA RITTENOUR
03-CV-2006-000641.00

The following matter was FILED on 4/13/2006 2:23:28 PM

D001 RITTENOUR MELISSA

MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Attorney: BLE006]

Notice Date:      4/13/2006 2:23:28 PM

MELISSA RITTENOUR
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov



**AlaFile E-Notice**

03-CV-2006-000641.00

Judge: CHARLES PRICE

To: Jason Bledsoe
mbledsoe@ago.state.al.us

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT CIVIL COURT OF MONTGOMERY COUNTY, ALABAMA

FELICIA MULDER VS MELISSA RITTENOUR
03-CV-2006-000641.00

The following matter was FILED on 4/13/2006 2:23:28 PM

D001 RITTENOUR MELISSA
MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Attorney: BLE006]

Notice Date:    4/13/2006 2:23:28 PM

MELISSA RITTENOUR
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov



**AlaFile E-Notice**

03-CV-2006-000641.00

Judge: CHARLES PRICE

To:  RITTENOUR MELISSA        (PRO SE)
     (NO ADDRESS PROVIDED)
     , AL 0

# NOTICE OF CASE SETTING

### IN THE CIRCUIT CIVIL COURT OF MONTGOMERY COUNTY, ALABAMA

### FELICIA MULDER VS MELISSA RITTENOUR
### 03-CV-2006-000641.00

The following matter was SET FOR HEARING on 4/27/2006 11:21:17 AM

### D001 RITTENOUR MELISSA
### MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Attorney: BLE006]

| | |
|---|---|
| Hearing Date: | 05/25/2006 |
| Hearing Time: | 08:30:00 AM |
| Location: | 4C |

Notice Date:    4/27/2006 11:21:17 AM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov



**AlaFile E-Notice**

03-CV-2006-000641.00

Judge: CHARLES PRICE

To:  DRUMMOND ROBERT DEAN JR
323 DELAMERE AVENUE
FAIRHOPE, AL 36532

# NOTICE OF CASE SETTING

### IN THE CIRCUIT CIVIL COURT OF MONTGOMERY COUNTY, ALABAMA

### FELICIA MULDER VS MELISSA RITTENOUR
### 03-CV-2006-000641.00

The following matter was SET FOR HEARING on 4/27/2006 11:21:17 AM

### D001 RITTENOUR MELISSA
### MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Attorney: BLE006]

Hearing Date:    05/25/2006
Hearing Time:    08:30:00 AM
Location:        4C

Notice Date:     4/27/2006 11:21:17 AM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov

CNP

**IN THE CIRCUIT COURT OF**
**MONTGOMERY COUNTY, ALABAMA**

Felicia Mulder,
    Plaintiff (s),

vs.

                                    CASE NO.CV-2006-0641-PR

Melissa Rittenour, et. al,
    Defendant (s).

**ORDER**

This cause having come before the Court for scheduling, the same having been considered, it is hereby **ORDERED, ADJUDGED, and DECREED** that this action is SET for **Jury Trial** on 9/12/2006 at 9:00 a.m. in Courtroom 4C.

**IT IS FURTHER ORDERED** that the following cut-offs dates are hereby established:

    **Expert Witnesses** are to be exchanged four (4) weeks prior to trial date.
    **Discovery** is to be completed four (4) weeks prior to trial date.
    **Motions, Objections to Exhibits** are to be filed two (2) weeks prior to trial date.
    **Witness Lists** must be exchanged four (4) weeks prior to trial date.
    **Exhibits** must be exchanged five (5) weeks prior to trial date.

    **A Pre-Trial Hearing** is SET for 8/18/2006 at 8:30 a.m.

Counsel for each party shall jointly prepare a pretrial order in substantial compliance with the matters set out in Rule 16 ARCP, and submit it to the Court on the date herein above set for the pretrial conference.

Done this the 3 JUL 2006.

                               _Charles Price_
                            CHARLES PRICE, Circuit Judge

cc:    Robert D. Drummond
        J. Matt Bledsoe

ELECTRONICALLY FILED
7/17/2006 4:12 PM
CIRCUIT COURT OF
MONTGOMERY, ALABAMA
MELISSA RITTENOUR, CLERK

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

FELICIA MULDER                          *
                                        *
          Plaintiff,                    *
                                        *
VS.                                     *          CASE NO.: CV-06-641
                                        *
MELISSA RITTENOUR, et al.               *
                                        *
          Defendants.                   *

## DEFENDANT'S NOTICE OF FILING OF DISCOVERY DOCUMENTS

Please take notice that on the 17th day of July, 2006, the undersigned counsel for

Defendant Melissa Rittenour served the following discovery materials upon the Plaintiff:

1.       Defendant's First Set of Interrogatories to the Plaintiff;

2.       Defendant's First Request for Production of Documents; and

3.       Defendant's First Request for Admissions.

Respectfully submitted on this 17th day of July, 2006.

                              /s/ J. MATT BLEDSOE
                         J. MATT BLEDSOE  (BLE006)
                         Assistant Attorney General
                         Counsel for Defendant

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443

CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 17th day of July, 2006, served a copy of the foregoing upon counsel for the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Robert D. Drummond, Jr., Esq.
323 De La Marc Avenue
Fairhope, AL  36532

/s/  J. MATT BLEDSOE
OF COUNSEL



**AlaFile E-Notice**

03-CV-2006-000641.00

To: Jason Bledsoe
    mbledsoe@ago.state.al.us

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

FELICIA MULDER VS MELISSA RITTENOUR
03-CV-2006-000641.00

The following discovery was FILED on 7/17/2006 4:12:55 PM

Notice Date:    7/17/2006 4:12:55 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov



**AlaFile E-Notice**

03-CV-2006-000641.00

To:  DRUMMOND ROBERT DEAN JR
     323 DELAMERE AVENUE
     FAIRHOPE, AL 36532

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

FELICIA MULDER VS MELISSA RITTENOUR
03-CV-2006-000641.00

The following discovery was FILED on 7/17/2006 4:12:55 PM

Notice Date:     7/17/2006 4:12:55 PM

MELISSA RITTENOUR
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov

CNP -

# IN THE CIRCUIT COURT OF
## MONTGOMERY COUNTY, ALABAMA



FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY

2006 AUG -7  AM 9: 45

Felicia Mulder,
          Plaintiff (s),

vs.                                                    CASE NO.CV-2006-0641-PR

Melissa Rittenour, et. al,
          Defendant (s).

## ORDER

This cause having come before the Court for scheduling, the same having been

considered, it is hereby **ORDERED, ADJUDGED, and DECREED** that this action is

RESET for **Trial** on 10/24/2006 at 9:00 a.m. in Courtroom 4C.

**IT IS FURTHER ORDERED** that the following cut-offs dates are hereby

established:

> **Expert Witnesses** are to be exchanged four (4) weeks prior to trial date.
> **Discovery** is to be completed four (4) weeks prior to trial date.
> **Motions, Objections to Exhibits** are to be filed two (2) weeks prior to trial date.
> **Witness Lists** must be exchanged four (4) weeks prior to trial date.
> **Exhibits** must be exchanged five (5) weeks prior to trial date.

> **A Pre-Trial Hearing** is SET for 9/22/2006 at 8:30 a.m.

Counsel for each party shall jointly prepare a pretrial order in substantial

compliance with the matters set out in Rule 16 ARCP, and submit it to the Court on the

date herein above set for the pretrial conference.

Additionally, the matter is hereby RESET for HEARING ON ALL PENDING

MOTIONS on August 23, 2006 at 8:30 a.m. in courtroom 4C.

Done this the 3 JUL 2006.

CHARLES PRICE, Circuit Judge

cc:     Robert D. Drummond
        J. Matt Bledsoe

| **STATE OF ALABAMA** <br> Unified Judicial System <br><br> 03-MONTGOMERY | **Revised 2/14/05** <br><br> ☐ District Court  ☑ Circuit Court | **Case No.** <br><br> CV200600064100 |
|---|---|---|

| FELICIA MULDER VS MELISSA RITTENOUR | **CIVIL MOTION COVER SHEET** <br> *Name of Filing Party:* C001 - MULDER FELICIA |
|---|---|

| *Name, Address, and Telephone No. of Attorney or Party. If Not Represented.* <br> ROBERT DRUMMOND <br> 323 DE LA MARE AVE <br> FAIRHOPE, AL 36532 <br> *Attorney Bar No.:* DRU004 | ☐ Oral Arguements Requested |
|---|---|

## TYPE OF MOTION

| **Motions Requiring Fee** | **Motions Not Requiring Fee** |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☑ Amend |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Change of Venue/Transfer |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00) | ☐ Compel |
| ☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Consolidation |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Other _____ | ☐ Designate a Mediator |
| pursuant to Rule _____ ($50.00) | ☐ Judgment as a Matter of Law (during Trial) |
| | ☐ Disburse Funds |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Extension of Time |
| | ☐ In Limine |
| | ☐ Joinder |
| ☐ Local Court Costs $ _____ | ☐ More Definite Statement |
| | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship  ☐ | Date: <br><br> 8/7/2006 10:36:22 AM | Signature of Attorney or Party: <br><br> /s ROBERT DRUMMOND |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a seperate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
8/7/2006 10:39 AM
CIRCUIT COURT OF
MONTGOMERY, ALABAMA
MELISSA RITTENOUR, CLERK

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| FELICIA MULDER | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO: CV-06-0641-PR |
| | | JURY DEMAND |
| MELISSA RITTENOUR, | * | |
| individually, fictitious | | |
| Defendants X,Y and Z whose true | * | |
| identities are otherwise unknown | | |
| but will be added by amendment | * | |
| when ascertained. | | |
| | * | |
| Defendants | | |

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the plaintiff, by and through counsel, and requests leave to amend the complaint and in support thereof states as follows:

1. That this action is the result of the failure to properly recall a warrant previously satisfied by plaintiff. That plaintiff named in her complaint defendant and fictitious parties as the true identity of the various persons causing such failure was unknown and was unascertainable.

2. That on June 12, 2006, the Court pursuant to a hearing on the Motion to Dismiss, indicated the Motion would be denied and stated a scheduling order would be issued.

3. On or about July 5, 2006 a scheduling order was issued setting a trial date of September, 12, 2006, and various deadlines in early August were established.

4. That in coordinating discovery with counsel for the defendant, plaintiff's

counsel learned the identity of one fictitious party, the same being Lisa Wilson. Out of

fairness and equity to Ms. Wilson, scheduled depositions, including Ms. Wilson's, have

been postponed so that Ms. Wilson will not be deposed without benefit of counsel.

5. That neither Ms. Wilson nor Ms. Rittenour are prejudiced in any manner by

amendment to the complaint.

6. That attached hereto is the amended complaint adding Ms. Wilson as a party

defendant.

WHEREFORE PREMISED CONSIDERED, movant prays this Court grant leave

for plaintiff to file her amended complaint.


s/Robert D. Drummond, Jr.
Attorney for Plaintiff
(DRU004)

OF COUNSEL:

323 De La Mare Ave.
Fairhope, AL 36532
251-990-6249
Fax:251-650-1264
robertdrummond@bellsouth.net


Certificate of Service

I hereby certify that a copy of the foregoing has been served upon Matt Bledsoe by
electronic means pursuant to the electronic filing of this Motion.


s/Of Counsel



**AlaFile E-Notice**

03-CV-2006-000641.00

Judge: CHARLES PRICE

To:  ROBERT DRUMMOND
robertdrummond@bellsouth.net

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

#### FELICIA MULDER VS MELISSA RITTENOUR
#### 03-CV-2006-000641.00

The following matter was FILED on 8/7/2006 10:39:33 AM

**C001 MULDER FELICIA**
**MOTION TO AMEND**

[Attorney: DRUMMOND ROBERT DEAN JR]

Notice Date:        8/7/2006 10:39:33 AM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov



**AlaFile E-Notice**

03-CV-2006-000641.00

Judge: CHARLES PRICE

To:  BLEDSOE JASON MATTHEW
mbledsoe@ago.state.al.us

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### FELICIA MULDER VS MELISSA RITTENOUR
### 03-CV-2006-000641.00

The following matter was FILED on 8/7/2006 10:39:33 AM

**C001 MULDER FELICIA**

**MOTION TO AMEND**

[Attorney: DRUMMOND ROBERT DEAN JR]

Notice Date:      8/7/2006 10:39:33 AM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov



**AlaFile E-Notice**

03-CV-2006-000641.00

Judge: CHARLES PRICE

To:  DRUMMOND ROBERT DEAN JR
     robertdrummond@bellsouth.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

**FELICIA MULDER VS MELISSA RITTENOUR**
**03-CV-2006-000641.00**

The following matter was FILED on 8/7/2006 10:39:33 AM

**C001 MULDER FELICIA**
**MOTION TO AMEND**

[Attorney: DRUMMOND ROBERT DEAN JR]

Notice Date:      8/7/2006 10:39:33 AM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov

ELECTRONICALLY FILED
8/14/2006 11:24 AM
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
MELISSA RITTENOUR, CLERK

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| FELICIA MULDER | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO: CV-06-0641-PR |
| | | JURY DEMAND |
| MELISSA RITTENOUR, | * | |
| individually, fictitious | | |
| Defendants X,Y and Z whose true | * | |
| identities are otherwise unknown | | |
| but will be added by amendment | * | |
| when ascertained. | | |
| | * | |
| Defendants. | | |

### PLAINTIFF'S RESPONSE TO REQUEST FOR ADMISSIONS

COMES NOW the plaintiff, by and through counsel, and in response to Defendant's First

Request For Admissions, states as follows:

1. Denied

2. Denied

3. Denied

4. Denied

5. Denied

6. Denied

7. Denied

Submitted on this 14th day of August, 2006.

s/Robert D. Drummond, Jr.
Attorney for Plaintiff
(DRU004)

OF COUNSEL:

323 De La Mare Ave.
Fairhope, AL 36532
251-990-6249
Fax:251-650-1264
robertdrummond@bellsouth.net

### Certificate of Service

I hereby certify that a copy of the foregoing has been served upon Matt Bledsoe by electronic means pursuant to the electronic filing of this Motion.

s/Of Counsel



**AlaFile E-Notice**

03-CV-2006-000641.00

To:  ROBERT DRUMMOND
     robertdrummond@bellsouth.net

---

# NOTICE OF ELECTRONIC FILING

---

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### FELICIA MULDER VS MELISSA RITTENOUR
### 03-CV-2006-000641.00

The following discovery was FILED on 8/14/2006 11:24:36 AM

Notice Date:     8/14/2006 11:24:36 AM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov



**AlaFile E-Notice**

03-CV-2006-000641.00

To:  BLEDSOE JASON MATTHEW
mbledsoe@ago.state.al.us

---

# NOTICE OF ELECTRONIC FILING

---

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### FELICIA MULDER VS MELISSA RITTENOUR
### 03-CV-2006-000641.00

The following discovery was FILED on 8/14/2006 11:24:36 AM

Notice Date:     8/14/2006 11:24:36 AM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov



**AlaFile E-Notice**

03-CV-2006-000641.00

To: DRUMMOND ROBERT DEAN JR
robertdrummond@bellsouth.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

FELICIA MULDER VS MELISSA RITTENOUR
03-CV-2006-000641.00

The following discovery was FILED on 8/14/2006 11:24:36 AM

Notice Date:     8/14/2006 11:24:36 AM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**

ELECTRONICALLY FILED
8/17/2006 3:51 PM
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
MELISSA RITTENOUR, CLERK

| | | |
|---|---|---|
| MULDER FELICIA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.: 03-CV-2006-000641.00 |
| | ) | |
| RITTENOUR MELISSA | ) | |
| Defendant | ) | |

## ORDER

MOTION TO AMEND filed by MULDER FELICIA is hereby GRANTED.

DONE this 17th day of August, 2006

/s CHARLES PRICE
_____

CIRCUIT JUDGE

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**

ELECTRONICALLY FILED
8/17/2006 3:51 PM
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
MELISSA RITTENOUR, CLERK

| | | |
|---|---|---|
| MULDER FELICIA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **Case No.:**  03-CV-2006-000641.00 |
| | ) | |
| RITTENOUR MELISSA | ) | |
| Defendant | ) | |

## ORDER

MOTION TO AMEND filed by MULDER FELICIA is hereby GRANTED.

DONE this 17th day of August, 2006

/s CHARLES PRICE
_____

CIRCUIT JUDGE



**AlaFile E-Notice**

03-CV-2006-000641.00
Judge: CHARLES PRICE

To: BLEDSOE JASON MATTHEW
mbledsoe@ago.state.al.us

# NOTICE OF CASE DISPOSITION

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

**FELICIA MULDER VS MELISSA RITTENOUR**
**03-CV-2006-000641.00**

The following matter was DISPOSED on 8/17/2006 3:51:16 PM

**C001 MULDER FELICIA**
**MOTION TO AMEND**

[Attorney: DRUMMOND ROBERT DEAN JR]

Disposition:     GRANTED
Judge:          CNP

Notice Date:    8/17/2006 3:51:16 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov



**AlaFile E-Notice**

03-CV-2006-000641.00

Judge: CHARLES PRICE

To:  BLEDSOE JASON MATTHEW
mbledsoe@ago.state.al.us

# NOTICE OF CASE DISPOSITION

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

**FELICIA MULDER VS MELISSA RITTENOUR**
**03-CV-2006-000641.00**

The following matter was DISPOSED on 8/17/2006 3:51:26 PM

**C001 MULDER FELICIA**
**MOTION TO AMEND**

[Attorney: DRUMMOND ROBERT DEAN JR]

Disposition:    GRANTED
Judge:          CNP

Notice Date:    8/17/2006 3:51:26 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov



**AlaFile E-Notice**

03-CV-2006-000641.00

Judge: CHARLES PRICE

To:  DRUMMOND ROBERT DEAN JR
     robertdrummond@bellsouth.net

# NOTICE OF CASE DISPOSITION

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### FELICIA MULDER VS MELISSA RITTENOUR
### 03-CV-2006-000641.00

The following matter was DISPOSED on 8/17/2006 3:51:26 PM

**C001 MULDER FELICIA**
**MOTION TO AMEND**

[Attorney: DRUMMOND ROBERT DEAN JR]

Disposition:     GRANTED
Judge:           CNP

Notice Date:     8/17/2006 3:51:26 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov



**AlaFile E-Notice**

03-CV-2006-000641.00

Judge: CHARLES PRICE

To:  DRUMMOND ROBERT DEAN JR
     robertdrummond@bellsouth.net

# NOTICE OF CASE DISPOSITION

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### FELICIA MULDER VS MELISSA RITTENOUR
### 03-CV-2006-000641.00

The following matter was DISPOSED on 8/17/2006 3:51:16 PM

**C001 MULDER FELICIA**
**MOTION TO AMEND**

[Attorney: DRUMMOND ROBERT DEAN JR]

Disposition:    GRANTED
Judge:          CNP

Notice Date:    8/17/2006 3:51:16 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov

AVS0350

ALABAMA JUDICIAL DATA CENTER
MONTGOMERY     COUNTY

SUMMONS

CV 2006 000641.00

---

IN THE CIRCUIT  COURT OF MONTGOMERY     COUNTY

FELICIA MULDER VS MELISSA RITTENOUR

SERVE ON: (D002)

SSN: 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                                    PLAINTIFF'S ATTORNEY

WILSON LISA  *650 Hamp Simmons Rd.*         DRUMMOND ROBERT DEAN JR
~~CIRCUIT CLERK'S OFFICE~~ *Tallassee, Al.*    323 DELAMERE AVENUE
~~251 SO LAWRENCE STREET~~
                  ,AL  00000-0000                 FAIRHOPE      ,AL  36532-0000

---

TO THE ABOVE NAMED DEFENDANT:

  THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE
REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

---

(✓)  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1 (B)(2) OR
     4.2 (B)(2) OR 4.4 (B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE;
     YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
     COMPLAINT IN THIS ACTION UPON DEFENDANT.

( )  THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
     WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
     OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 08/18/2006                        CLERK:MELISSA RITTENOUR
                                             P O BOX 1667
                                             MONTGOMERY  AL  36102-1667
                                             (334)832-1266

---

  RETURN ON SERVICE:

( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
     (RETURN RECEIPT HERETO ATTACHED)

( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND

     COMPLAINT TO _____

     IN _____ COUNTY, ALABAMA ON (DATE) _____

---

DATE _____              SERVER SIGNATURE _____

SERVER ADDRESS _____    TYPE OF PROCESS SERVER _____

_____

OPERATOR: JAM
PREPARED: 08/18/2006



FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY

2006 AUG 31  PM 2: 27

**IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA**

Felicia Mulder,
    Plaintiff (s),

vs.

Melissa Rittenour, et. al,
    Defendant (s).

CASE NO.CV-2006-0641-PR

## ORDER

The above-styled matter comes before the Court on Defendant's, Melissa

Rittenour, et. al, MOTION TO DISMISS.  Upon consideration of the same, the Court

finds the following:

1. Defendant, Melissa Rittenour serves as the Circuit Clerk of Montgomery

    County.

2. Plaintiff brings suit against Defendant in her capacity as Circuit Clerk.

3. Under Alabama law, "An absolute immunity totally protects an individual

    [government official] from liability regardless of his state of mind..." *In re*

    *Shoals Community College and Dr. Larry McCoy v. John T. Colagross*, 674

    So.2d 1315 (Ala. 1996). Additionally, "Absolute individual immunity is

    primarily enjoyed by judges..., and by other officials acting in a judicial,

    quasi- judicial ...capacity..." Id. at 1316.  At all time in this action the

    defendant was acting in a quasi-judicial capacity and is therefore absolutely

    immune from liability in this action.

Defendant's MOTION TO DISMISS is hereby GRANTED; thus the matter is

DISMISSED.

Done this the 31 AUG 2006.

CHARLES PRICE, Circuit Judge

cc:      Robert D. Drummond
         J. Matt Bledsoe