UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
THE NORTHERN DIVISION

RECEIVED
2006 SEP 26  P 2: 45

| | |
|---|---|
| Felicia Mulder | ) |
| Plaintiff, | ) |
| vs. | ) ~~Civil Action Case No: CV-06-641~~ <br> 2:06 cv 862-MHT |
| Melissa Rittenour, et al., | ) |
| Defendants | ) |

## NOTICE TO PLAINTIFF'S ATTORNEY OF REMOVAL

TO:   Robert D. Drummond, Jr., Esq.
      323 De La Mare Ave.
      Fairhope, Alabama 36532

Please take notice that defendant, Lisa Wilson, has, this 26th day of September, 2006, filed in the United States District Court for the Middle District of Alabama, Northern Division, her Notice of Removal to remove this case, Case Number: CV-06-641, from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division. You are also advised that a true and correct copy of the Notice of Removal has been filed with the Clerk of the Circuit Court of Montgomery County, Alabama which has effected removal. Copies of the Notice of Removal and the Notice to the Circuit Court of Montgomery County, Alabama, are attached hereto.

Respectfully submitted on this the 26th day of September, 2006.

_____
J. MATT BLEDSOE (BLE006)
Assistant Attorney General
Attorney for Defendant Lisa Wilson

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 242-7443
(334) 242-2433

CERTIFICATE OF SERVICE

    I hereby certify that I have, on this the 26th day of September, 2006, served a copy of the foregoing on the following counsel, by placing same in the United States mail, postage prepaid, and properly addressed as follows:

Robert Drummond, Jr., Esq.
323 De La Marc Avenue
Fairhope, AL 36532

_____
OF COUNSEL