IN THE UNITED STATES DISTRICT COUR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FELICIA MULDER | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CASE NO.: 2:06-CV-862-MHT |
| | * | |
| LISA WILSON | * | |
| | * | |
| Defendant. | * | |

## **ANSWER**

**COMES NOW**, the Defendant, **Lisa Wilson**, by and through Attorney General Troy King, via undersigned counsel, and answers the correspondingly numbered paragraphs of Plaintiff's Amended Complaint as follows:

1. This paragraph does not require a response.

2. This paragraph does not require a response.

3. Defendant admits that she is an individual over the age of nineteen, but denies the remaining averments in this paragraph.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment in this paragraph.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment in this paragraph.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment in this paragraph.

7. Denied.

8. Denied.

9. Defendant admits that she was employed by the State of Alabama and while acting in her official capacity, abided by the laws of Alabama and the United States, but denies acting under the color of state law in order to deprive Plaintiff of her Constitutional rights.

10. Denied.

11. Denied.

### COUNT I (Negligence)

12. Defendant re-alleges her answers to all prior paragraphs of the Complaint as set out fully herein.

13. Denied.

### COUNT II (Wantonness)

14. Defendant re-alleges her answers to all prior paragraphs of the Complaint as set out fully herein.

15. Denied.

### COUNT III (False Imprisonment)

16. Defendant re-alleges her answers to all prior paragraphs of the Complaint as set out fully herein.

17. Denied.

### COUNT IV (§ 1983)

18. Defendant re-alleges her answers to all prior paragraphs of the Complaint as set out fully herein.

19. Denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief may be granted.

2. Defendant affirmatively denies all claims asserted by the Plaintiff.

3. Plaintiff's claims are barred by the applicable statute of limitations.

4. Defendant generally denies that the Plaintiff is entitled to receive any portion of the relief requested in the Complaint filed in the above-styled action.

5. Defendant in her official capacity is immune from suit pursuant to sovereign immunity.

6. Defendant in her individual capacity is immune from suit pursuant to qualified immunity.

7. Defendant in her individual capacity is immune from suit pursuant to judicial immunity.

8. Defendant in her individual capacity is immune from suit pursuant to quasi-judicial immunity.

9. Defendant cannot be held liable on the basis of respondeat superior, agency, of vicarious liability theories.

10. The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

11. Defendant is immune from suit pursuant to state-agent immunity.

12. Defendant is immune from suit pursuant to discretionary functional immunity.

Respectfully submitted on this 2nd day of October, 2006.

  /s/  J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Assistant Attorney General
Counsel for Defendant

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443

## CERTIFICATE OF SERVICE

      I do hereby certify that I have, this 2nd day of October, 2006, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following counsel:

Robert Drummond                                                   robertdrummond@bellsouth.net

  /s/  J. MATT BLEDSOE
OF COUNSEL