IN THE UNITED STATES DISTRICT COUR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FELICIA MULDER | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CASE NO.: 2:06-CV-862-MHT |
| | * | |
| LISA WILSON | * | |
| | * | |
| Defendant. | * | |

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on October 10, 2006, by telephone, and was attended by:

J. Matt Bledsoe for the Defendant, Lisa Wilson.

Robert Drummond for the Plaintiff, Felicia Mulder.

The parties request a conference with the Court before entry of the Scheduling Order.

### PLAINTIFF'S NARRATIVE STATEMENT:

Plaintiff intends to file a Motion to Remand. Lisa Wilson, a magistrate for the Montgomery County Circuit Court, failed to recall a warrant issued for the arrest of the Plaintiff, Felicia Mulder.

### DEFENDANT'S NARRATIVE STATEMENT:

To the extent that Mulder seeks monetary damages, Lisa Wilson is immune from suit pursuant to sovereign immunity, qualified immunity, state-agent immunity, judicial immunity, and quazi-judicial immunity.

2. This jury action should be ready for trial by June 1, 2007, and at this time, is expected by the Defendant to take approximately one day.

3. The parties request a pretrial conference on May 1, 2007.

4. **DISCOVERY PLAN**: The parties jointly propose to the Court the following discovery plan:

a) Discovery will be needed on the following subjects:

Representatives of the Wetumpka Police Department, Elmore County Sheriff's Office, and Montgomery County Sheriff's Department will be deposed to determine whether or not the warrant was properly recalled. Defendant will depose Plaintiff, her son, and any other family member present or affected by Mulder's arrest in order to determine the extent of her damages.

Plaintiff will conduct discovery on all issues relevant to her claim.

b) All discovery shall be commenced in time to be completed by January 31, 2007.

5. **INITIAL DISCLOSURES**: The parties will exchange by October 30, 2006, information requested by Fed.R.Civ.P. 26(a)(1).

6. The parties request until December 31, 2006, to join additional parties and amend the pleadings.

7. **REPORTS FROM RETAINED EXPERTS UNDER RULE 26(a)(2) DUE**:

By the Plaintiff: December 31, 2006

By the Defendants: December 31, 2006

8. **PRETRIAL DISCLOSURES**: Final lists of witnesses and exhibits under Rule 26(a)(3) due by April 25, 2007.

9. **DISCOVERY LIMITS**:

a) Maximum of twenty-five (25) interrogatories by each party to any other party. Responses due thirty (30) days after service.

b) Maximum of ten depositions by Plaintiff and ten by Defendant. Each deposition limited to a maximum of eight (8) hours unless extended by agreement of the parties.

c) Maximum of thirty (30) requests for admission by each party to any other party. Responses due thirty (30) days after service.

d) Maximum of twenty (20) requests for production of documents by each party to any other party. Responses due thirty (30) days after service.

10. All potentially dispositive motions filed by February 28, 2007.

11. Parties have not determined the viability of settlement at this time.

Dated:    October 16, 2006

/s/ J. MATT BLEDSOE  
J. Matt Bledsoe (BLE006)  
Assistant Attorney General  
Counsel for Defendants

/s/ ROBERT DRUMMOND  
Robert Drummond (DRU004)  
Counsel for Plaintiff

OFFICE OF THE ATT. GENERAL  
11 South Union Street  
Montgomery, AL 36130  
(334) 242-7443

ATTORNEY AT LAW  
323 De La Mare Avenue  
Fairhope, AL 36532  
(251) 990-6249