### IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
### MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| FELICIA MULDER | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION NO:2:06cv-862-MHT |
| LISA WILSON, | * | |
| Defendants | | |

## PLAINTIFF'S OBJECTION TO REMOVAL AND
## MOTION FOR REMAND TO STATE COURT

COMES NOW the plaintiff, by and through counsel, and hereby objects to the removal of this action and moves this Court to direct remand to the Circuit Court of Montgomery County, Alabama, and in support thereof states as follows:

1. This action was initiated in the Circuit Court of Montgomery County, Alabama. Named as defendants were Melissa Rittenour and fictitious individuals.

2. That the defendant filed a responsive pleading, her Motion to Dismiss, and after two hearings the Court issued its order dismissing defendant Rittenour.

3. Prior to the second hearing on the Motion to Dismiss, the plaintiff filed her Motion for Leave to Amend as she had learned the true identity of a fictitious party. The motion was granted on the 17th day of August, 2006 and Lisa Wilson was added by amendment.

4. On August 23, 2006 the Court heard oral argument and on August 31, 2006 issued its order dismissing defendant Rittenour.

5. On or about September 17, 2006 Lisa Wilson was served with the amended complaint.

6. That the Order of the Circuit Court is not a final judgment as to defendant Rittenour.

7. That in order to procedurally comply with removal statutes, 28 U.S.C. §1446, the petitioner must secure the consent of all parties to the action. The petitioner failed to secure the consent of defendant Rittenour prior to filing her Notice of Removal, nor did Rittenour file a Notice of Removal within thirty (30) days of service of the complaint and the matter is due to be remanded to the Circuit Court of Montgomery County.

WHEREFORE THE PREMISES CONSIDERED, the plaintiff prays this Court review the record and upon finding that the petitioner failed to secure the consent of defendant Rittenour remand this matter to the Circuit Court of Montgomery County.

Respectfully submitted on this the 20th day of October, 2006.

s/Robert D. Drummond, Jr.
Robert D. Drummond, Jr.
Attorney for the Plaintiff
ASB-4619-O78R
323 De La Mare Ave.
Fairhope, AL 36532
251-990-6249
fax:251-650-1264
robertdrummond@bellsouth.net

Certificate of Service

I hereby certify that a copy of the foregoing was served electronically on counsel for the defendant, Matt Bledsoe, 11 South Union Street, Montgomery Al 36130 by filing the same electronically with the Clerk of the Court, United States District Court for the Middle District of Alabama on this the 20th day of October, 2006.

s/Robert D. Drummond, Jr.