IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FELICIA MULDER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>LISA WILSON, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:06cv862-MHT |

## ORDER

It is ORDERED that the motion to remand (doc. no. 7) is set for submission, without oral argument, on November 3, 2006, with all briefs due by said date.

DONE, this the 20th day of October, 2006.

                    /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE